Case 2:24-cv-00116   Document 31   Filed on 08/13/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIAM S., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00116 |
| | § | |
| MARTIN J O'MALLEY, | § | |
| | § | |
| Defendant | § | |

## **ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

On July 28, 2025, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation" (D.E. 30), recommending that the Commissioner's decision in this action be reversed and remanded for further consideration. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 30), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff William's motion (D.E. 20) is **GRANTED IN PART** and **DENIED IN PART**, the Commissioner's motion (D.E. 26) is **GRANTED IN PART** and **DENIED IN PART**, and the Commissioner's denial of disability benefits is **REVERSED AND REMANDED** for further consideration.

**ORDERED** on August 13, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE