Case 2:24-cv-00116   Document 35   Filed on 09/04/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIAM S., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:24-CV-00116 |
| | § | |
| MARTIN J O'MALLEY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On August 20, 2025, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation" (D.E. 34), recommending that the Court grant Plaintiff's unopposed motion for attorney fees. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 34), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff's motion for attorney's fees (D.E. 33) is **GRANTED** and an EAJA fee award of $10,000.00 shall be made payable to Plaintiff, William S., and sent in care of his attorney, David B. Goetz.

**ORDERED** on September 4, 2025.

*[Signature]*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE