United States District Court
Southern District of Texas
**ENTERED**
July 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIAM S., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:24-CV-00116 |
| | § | |
| MARTIN J O'MALLEY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On June 29, 2026, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation" (D.E. 41), approving a fee award for Plaintiff's counsel. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); Special Order No. C-2023-1. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 41), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

findings and conclusions of the Magistrate Judge. Accordingly, Goetz' Request for Authorization to Charge a Reasonable Fee (D.E. 39) is **GRANTED** and the Court finds that Goetz is entitled to a fee award of $21,414.48. Further, the Court **ORDERS** Goetz to refund to his client the $10,000.00 award he previously received under the EAJA because it is the lesser of the two awards.

      **ORDERED** on July 30, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE